Douglas Seitz (#004258)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ  85004-2202
Telephone:  (602) 382-6335
Email:  dseitz@swlaw.com

Jesse J. Jenner
Ropes & Gray L.L.P.
1251 Avenue of the Americas
New York, NY 10020
Attorneys for Defendant Nabisco Holdings

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lemelson Medical, Education & Research Foundation, Limited Partnership,<br><br>Plaintiff,<br><br>v.<br><br>Alcon Laboratories, et al.,<br><br>Defendant. | No. CIV 00-0661 PHX (HRH)<br><br>**DEFENDANT NABISCO HOLDINGS' RESPONSE TO PLAINTIFF'S MOTION TO DISMISS**<br><br>**and**<br><br>**REQUEST FOR ENTRY OF JUDGMENT PURSUANT TO RULE 54(b) FED.R.CIV.P.** |

Defendant Nabisco Holdings does not oppose Plaintiff's motion to dismiss all claims with prejudice (Doc. #510).  All claims raised or which could have been raised against Defendant Nabisco Holdings by Plaintiff Lemelson Medical, Education & Research Foundation, Limited Partnership should be dismissed with prejudice.

Pursuant to Rule 54(b), Fed.R.Civ.P., Defendant Nabisco Holdings submits that there is no just reason for delay and that the Court should expressly direct entry of judgment in favor of Defendant Nabisco Holdings.

1     DATED this 12th day of January, 2006.

2                             SNELL & WILMER L.L.P.

4                   By     /s/ Douglas Seitz
                          Douglas Seitz
                          One Arizona Center
                          400 E. Van Buren
                          Phoenix, AZ 85004-2202
                          Attorneys for Defendant Nabisco Holdings

# CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of January, 2006, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Louis J. Hoffman, Esq.
Hoffman & Zur
14614 North Kierland Boulevard, Suite 300
Scottsdale, AZ 85254
Email: ljh@patentit.com
*Attorneys For Plaintiff Lemelson*

Victoria Gruver Curtin, Esq.
Victoria Gruver Curtin PLC
14614 North Kierland Boulevard, Suite 300
Scottsdale, AZ 85244
Email: vgc@patentit.com
*Attorneys For Plaintiff Lemelson*

Peter C. Warner, Esq.
Peter C. Warner PC
1723 West. 4th Street
Tempe, AZ 85281-2404
Email: pcw@warnerpatents.com
*Attorney For Plaintiff Lemelson*

Mark A. Nadeau, Esq.
Squire Sanders & Dempsey, LLP
Two Renaissance Square
40 N. Central Avenue, Suite 2700
Phoenix, AZ 85004-4441
Email: dwall@ssd.com
         mnadeau@ssd.com
*Attorneys For Defendants Campbell Soup, Hershey, Tyson, Lee Corporation, Hormel, IBP, Dean Foods, Lorillard, Gilster-Mary Lee and McCormick*

Jonathan M. James, Esq.
Perkins Coie Brown & Bain PA
2901 North Central Ave.
P.O. Box 400
Phoenix, AZ 85001-0400
Email: JJames@perkinscoie.com
*Attorneys For Defendants Allied Domecq, Ocean Spray and Dole Food Company*

Doug Seitz, Esq.
Snell & Wilmer L.L.P.
One Arizona Center
400 East Van Buren
Phoenix, AZ 85004-2202
Email: dseitz@swlaw.com
*Attorneys For Defendant Nabisco Holdings*

Robert A. Schroeder, Esq.
Gary D. Lueck, Esq.
Bingham, McCutchen, LLP
355 South Grand Ave., Suite 4400
Los Angeles, CA 90071
*Attorneys for Defendants ConAgra, Inc. and Sunkist Growers, Inc.*

James W. Armstrong, Esq.
Sacks Tierney, PA
4250 North Civic Center Blvd.
4th Floor
Scottsdale, AZ 85251
*Attorneys for Defendant Del Laboratories, Inc.*

David Berten, Esq.
Competition Law Group
120 South State Street, Suite 300
Chicago, Illinois 60603
*Attorneys for Defendant Del Monte Foods*

Charles Bradley, Esq.
Attorney at Law
33 Mt. Green Road
Croton-on-Hudson, New York 10520
*Attorneys for Defendants Alcon Laboratories, Inc. and Nestle USA, Inc.*

John W. Kozak, Esq.
David M. Airan, Esq.
Leydig, Voit & Mayer
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601-6780
*Attorneys for Defendants Frito-Lay and Pepsico*

Michael J. O'Connor, Esq.
Jennings, Strouss & Salmon
The Collier Center, 11th Floor
201 East Washington Street
Phoenix, AZ 85004-2385
*Attorneys for Defendant Anheuser-Busch Companies*

James R. Higgins, Esq.
John F. Salazar, Esq.
Middleton & Reutlinger, PSC
401 South 4th Avenue, Suite 2500
Louisville, Kentucky 40202-3410
*Attorneys for Defendants Brown & Williamson Tobacco Company and H.J. Heinz*

James F. Polese, Esq.
Polese, Pietzsch, Williams & Nolan, PA
2702 North Third Street, Suite 3000
Phoenix, Arizona 85004-4607
*Attorneys for Keystone Foods Corp.*

Charles W. Wirken, Esq.
Gust Rosenfield, PLC
201 W. Washington, Suite 800
Phoenix, AZ 85004
*Attorneys for Defendant Cargill*

Steven M. Weinberg, Esq.
Weinberg Legal Group
Biltmore Financial Center
2390 E. Camelback Road, Suite 250
Phoenix, AZ 85016
*Attorneys for Defendant Seneca Foods*

Don Bivens, Esq.
Michael Ross, Esq.
Meyer, Hendricks & Bivens
3003 North Central Ave., Suite 1200
Phoenix, AZ 85012-2915
*Attorneys for Defendants Amway Corporation and Glaxo*

Stephen T. Sullivan, Esq.
Tish L. Berard, Esq.
Sullivan Law Group
1850 North Central Ave., Suite 1140
Phoenix, AZ 85004
*Attorneys for Defendant Golden Peanut*

I hereby certify that on the 12th day of January, 2006, I served the attached document by U.S. Mail on the following, who are not registered participants of the CM/ECF System:

Jesse J. Jenner
Ropes & Gray L.L.P.
1251 Avenue of the Americas
New York, NY 10020
*Attorneys for Defendant Nabisco Holdings*

Albert E. Fey, Esq.
Charles Quinn, Esq.
Jesse J. Jenner, Esq.
Fish & Neave
1251 Avenue of the Americas
New York, NY 10020
*Attorneys for Forest Laboratories, McKee Foods, and Nabisco*

David K. Callahan, Esq.
Kirkland & Ellis
200 East Randolph Drive, Suite 5800
Chicago, IL 60601
*Attorneys for Defendants Alpharma, Guinness, Kraft, United Distillers & Vintners, Miller, Phillip Morris and Diageo.*

Paul A. Stewart, Esq.
James B. Bear, Esq.
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street, 14th Floor
*Attorneys for Defendant Ligget Group, Inc.*

Kevin M. Ross, Esq.
Wharton, Aldhizer & Weaver, PLC
100 South Mason Street
Harrisonburg, Virginia 22801
*Attorneys for Defendants Rocco and WLR Foods*

Gustavo Siller, Jr., Esq.
Brinks, Hofer, Gilson & Lione
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
*Attorneys for Defendant Schreiber Foods*

1  Ann G. Robinson, Esq.
   Frost & Jacobs, LLP
2  2500 East Fifth Street
   Cincinnati, Ohio 45202
3  *Attorneys for Defendant Chiquita Brands*

4  Robert M. Manley, Esq.
   McKool Smith
5  300 Crescent Court, Suite 1500
   Dallas, Texas 75201
6  *Attorneys for Defendant Pilgrim's Pride*

7  Ray Sweigart, Esq.
   Pillsbury, Madison & Sutro LLP
8  1100 New York Avenue
   Washington, D.C. 20005-3918
9  *Attorneys for Defendant Sanderson Farms, Inc.*
   Steven M. War
10 Fulbright & Jaworski, LLP
   801 Pennsylvania Avenue, N.W.
11 Washington, D.C. 20004-2615
   *Attorneys for Defendant Lancaster Colony*
12
   Stephen P. Swinton, Esq.
13 Cooley Godward LLP
   4365 Executive Drive, Suite 1100
14 San Diego, CA 92121-2128
   *Attorneys for Defendant Schein and Watson*
15
   Robert V. Vickers, Esq.
16 Vickers, Daniels & Young
   20th Floor, Terminal Tower
17 50 Public Square
   Cleveland, Ohio 44113-2204
18 *Attorneys for Defendant J.M. Smucker*

19 Kristin D. Mallatt, Esq.
   Kilpatrick Stockton LLP
20 1100 Peachtree Street, Suite 2800
   Atlanta, GA 30309-4530
21 *Attorneys for Flowers Industries, Inc.*

22 Ronald R. Santucci, Esq.
   Pitney, Hardin, Kipp & Szuch
23 711 Third Avenue
   New York, NY 10017
24 *Attorneys for Defendant Seagram*

25

26

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

1  Donna R. Bestrerio, Esq.
   Associate General Counsel
2  Great Brands of Europe, Inc.
   208 Harbor Drive
3  Stamford, Connecticut 06902
   *Attorneys for Defendant Group Danone*
4
   The Honorable H. Russel Holland
5  United States District Court
   222 West 7th Avenue, Unit 54
6  Anchorage, Alaska  99513

7

8  By:___/s/ Douglas Seitz_____

9  1777114.1